367 A.2d 1086

**ESTATE of George H. SCHULER, Deceased.**

**Appeal of Levi KULP, Exceptant.**

Supreme Court of Pennsylvania.

Argued Oct. 14, 1976.

Decided Jan. 28, 1977.

Victor F. Cavacini,. Robert V. Ritter, Allentown, for appellant.

Madaline Pallidino, Allentown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed.  Each party pay own costs.